[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 44.]

THE STATE OF OHIO, APPELLEE, *v.* JONES, APPELLANT.

[Cite as *State v. Jones*, 1998-Ohio-590.]

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment affirmed on authority of State v. Cook.*

(No. 98-1256—Submitted October 13, 1998—Decided December 2, 1998.)

APPEAL from the Court of Appeals for Athens County, No. 97 CA 42.

————————————

*David H. Bodiker*, Ohio Public Defender, and *Jennifer D. Schaffer*, Assistant Public Defender, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————